**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| In Re: ) | |
| ) | |
| DENNIS JEREMY CRUMLEY ) | Chapter 13 |
| MICHA ELIZABETH CRUMLEY ) | |
| ) | Case No. 08-14582 |
| Debtor. ) | |
| ) | |
| DENNIS JEREMY CRUMLEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adversary Proceeding 14-01049 |
| ) | |
| HSBC RETAIL CREDIT (USA) INC. ) | |
| (KAWASAKI) ) | |
| and ) | |
| ECAST SETTLEMENT CORPORATION ) | |
| ) | |
| Defendants. ) | |

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk: |
|---|
| United States Bankruptcy Court |
| 31 East 11th Street |
| Chattanooga, TN 37402 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiffs' attorney:

| Name and Address of Plaintiff's Attorney: | Richard L. Banks, Esquire |
|---|---|
| | Richard Banks & Associates, P.C. |
| | P. O. Box 1515 |
| | Cleveland, TN 37364-1515 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

DANNY W. ARMSTRONG
Clerk of the Bankruptcy Court

JUL 07 2014
_Date_                                         _By Clerk_

## CERTIFICATE OF SERVICE

I, Richard L. Banks, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made 7/10/14 by:

___ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

___ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

___ Residence Service: By leaving the process with the following adult at:

**X** Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

> **HSBC Retail Credit (USA) Inc.**
> **c/o Megan Kenton, Esq.**
> **Bass & Associates PC**
> **3936 E. Ft. Lowell Road, Suite #200**
> **Tucson, AZ 85712**

___ Publication: The defendant was served as follows: [Describe briefly]

___ State Law  The defendant was served pursuant to the laws of the State of Tennessee.

Under penalty of perjury, I declare that the foregoing is true and correct.

7/16/2014
Date

Richard L. Banks #000617

> **Richard L. Banks, Esquire**
> **Richard Banks & Associates, P. C.**
> **P. O. Box 1515**
> **Cleveland, TN 37364-1515**

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Daniels*  ☒ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery<br>*DRS*   7/10/14 |
| 1. Article Addressed to:<br><br>HSBC Retail Credit (USA) Inc.<br>c/o Megan Kenton, Esq.<br>Bass & Associates PC<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ  85712 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*)   7013 2250 0001 8858 8611 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |