# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 1:08-bk-14582 |
| DENNIS JEREMY CRUMLEY ) | Chapter 13 |
| MICHA ELIZABETH CRUMLEY, ) | |
| ) | |
| **Debtors.** ) | |
| ) | |
| DENNIS JEREMY CRUMLEY, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Adv. Pro. No. 1:14-ap-01049 |
| ) | |
| HSBC RETAIL CREDIT (USA) INC. ) | |
| (KAWASAKI) ) | |
| and ) | |
| ECAST SETTLEMENT CORPORATION, ) | |
| ) | |
| **Defendants.** | |

**MOTION FOR ENTRY OF AGREED ORDER GRANTING EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S "OBJECTION TO CLAIM NO. 26 OF HSBC RETAIL CREDIT (USA) INC. (KAWASAKI) COMBINED WITH ADVERSARY PROCEEDING SEEKING TURNOVER OF FUNDS AND COMPLAINT FOR WILLFUL VIOLATION OF BANKRUPTCY RULES PROTECTING PLAINTIFF'S IDENTIFIABLE INFORMATION"**

COMES NOW Defendant, HSBC Retail Credit (USA) Inc. (Kawasaki), by and through counsel, and moves the Court to enter the Agreed Order Granting Extension of Time to Respond to Plaintiff's Objection To Claim No. 26 Of HSBC Retail Credit (USA) Inc. (Kawasaki) Combined With Adversary Proceeding Seeking Turnover Of Funds And Complaint For Willful Violation Of Bankruptcy Rules Protecting Plaintiff's Identifiable Information until August 27, 2014. A copy of the proposed order is attached hereto.

C DS1 710083 v 1
2825043-000223

WHEREFORE, PREMISES CONSIDERED, HSBC Retail Credit (USA) Inc. (Kawasaki) respectfully requests that the Court enter the attached Agreed Order.

DATED this 6th day of August, 2014.

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

s/ David J. Holesinger
David J. Holesinger (BPR No. 30189)
1800 Republic Centre
633 Chestnut Street
Chattanooga, Tennessee 37450
(423) 756-2010 (phone)
(423) 756-3447 (fax)
jsveadas@bakerdonelson.com
dholesinger@bakerdonelson.com

*Attorneys for Defendant HSBC Retail Credit (USA) Inc. (Kawasaki)*

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2014, a true and correct copy of the foregoing Motion with proposed order was sent via e-mail by the automated ECF system or by mail, to the following:

Richard L. Banks, Esq.
R. Bradley Banks, Esq.
Richard Banks & Associates, P.C.
393 Broad Street NW
P.O. Box 1515
Cleveland, TN  37364

s/David J. Holesinger

C DS1 710083 v 1
2825043-000223