

**SO ORDERED.**
**SIGNED this 6th day of August, 2014**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Shelley D. Rucker
UNITED STATES BANKRUPTCY JUDGE

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | **Case No. 1:08-bk-14582** |
| DENNIS JEREMY CRUMLEY | ) | **Chapter 13** |
| MICHA ELIZABETH CRUMLEY, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| DENNIS JEREMY CRUMLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Adv. Pro. No. 1:14-ap-01049** |
| | ) | |
| HSBC RETAIL CREDIT (USA) INC. | ) | |
| (KAWASAKI) | ) | |
| and | ) | |
| ECAST SETTLEMENT CORPORATION, | ) | |
| | ) | |
| Defendants. | | |

**AGREED ORDER GRANTING EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S "OBJECTION TO CLAIM NO. 26 OF HSBC RETAIL CREDIT (USA) INC. (KAWASAKI) COMBINED WITH ADVERSARY PROCEEDING SEEKING TURNOVER OF FUNDS AND COMPLAINT FOR WILLFUL VIOLATION OF BANKRUPTCY RULES PROTECTING PLAINTIFF'S IDENTIFIABLE INFORMATION"**

_____

C DS1 710086 v 1
2825043-000223

Plaintiff, Dennis Jeremy Crumley ("**Plaintiff**"), and Defendant HSBC Retail Credit (USA) Inc. (Kawasaki) ("**HSBC**"), enter into this Agreed Order for the purpose of granting HSBC an extension of time to respond to the Objection To Claim No. 26 Of HSBC Retail Credit (USA) Inc. (Kawasaki) Combined With Adversary Proceeding Seeking Turnover Of Funds And Complaint For Willful Violation Of Bankruptcy Rules Protecting Plaintiff's Identifiable Information filed by Plaintiff.  Plaintiff has agreed to grant HSBC an additional three weeks, or through August 27, 2014, in which to respond to the complaint.

IT IS, THEREFORE, ORDERED that:

1. The Motion for Entry of Agreed Order Granting Extension of Time to Respond to Plaintiff's Objection To Claim No. 26 Of HSBC Retail Credit (USA) Inc. (Kawasaki) Combined With Adversary Proceeding Seeking Turnover Of Funds And Complaint For Willful Violation Of Bankruptcy Rules Protecting Plaintiff's Identifiable Information is hereby granted; and

2. HSBC is granted an extension of time through August 27, 2014 in which to file its responsive pleading in this matter.

###

APPROVED FOR ENTRY:

**RICHARD BANKS & ASSOCIATES, P.C.**

s/ Richard L. Banks (with permission to David Holesinger)
Richard L. Banks (BPR No. 000617)
R. Bradley Banks (BPR No. 031013)
393 Broad Street NW
P.O. Box 1515
Cleveland, TN 37364
(423) 479-4188 (phone)
(423) 478-1175 (fax)
rbanks@rbankslawfirm.com

*Attorney for Plaintiff*


**BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, PC**

s/David J. Holesinger
David J. Holesinger (BPR No. 30189)
1800 Republic Centre
633 Chestnut Street
Chattanooga, Tennessee 37450
(423) 756-2010 (phone)
(423) 756-3447 (fax)
jsveadas@bakerdonelson.com
dholesinger@bakerdonelson.com

*Attorneys for Defendant HSBC Retail Credit (USA) Inc. (Kawasaki)*