IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE

IN RE:                                    :
                                          :    Case No. 08-14582
DENNIS JEREMY CRUMLEY,                    :
                                          :    Chapter 13
                        Debtor.           :

_____

DENNIS JEREMY CRUMLEY,                    :
                                          :
                        Plaintiff,        :
vs.                                       :    Adversary Proceeding No.
                                          :
HSBC RETAIL CREDIT (USA) INC:             :         14-01049
(KAWASAKI)                                :
and                                       :
eCAST SETTLEMENT                          :
CORPORATION,                              :
                                          :
                        Defendants.       :

## NOTICE OF APPEARANCE

Pursuant to Bankruptcy Rule 2002(i), Knight & Hooper, PLLC files this Notice of
Appearance and Request for Service of Papers as counsel for eCAST Settlement Corporation and
requests that all notices required to be given in these proceedings pursuant to Rules 2002(a), (b), and
(c) and all papers served or required to be served in these proceedings be served as follows:

Thomas L. N. Knight, Esq.
Knight & Hooper, PLLC
Post Office Box 11583
Chattanooga, TN 37401-2583

**Knight & Hooper, PLLC**

By:  /s/ Thomas L. N. Knight
        Thomas L. N. Knight, BPR#1072
        Attorney for Creditor
        Post Office Box 11583
        Chattanooga, TN  37401-2583
        423/267-1158

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the above with the Clerk of Court using the CM/ECF system and that a true and exact copy of the foregoing has been electronically served or mailed postage prepaid to those following:

Richard L. Banks, Esq.
Richard Banks & Associates PC
P O Box 1515
Cleveland, TN 37364-1515

This 6th day of August, 2014.

/s/ Thomas L. N. Knight