

SO ORDERED.
SIGNED this 21st day of November, 2014

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Shelley D. Rucker
UNITED STATES BANKRUPTCY JUDGE

_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE
## SOUTHERN DIVISION

| | |
|---|---|
| **In Re:** ) | |
| ) | |
| **DENNIS JEREMY CRUMLEY** ) | Chapter 13 |
| **MICHA ELIZABETH CRUMLEY** ) | |
| ) | Case No. 08-14582 |
| Debtor. ) | |
| _____) | _____ |
| ) | |
| **DENNIS JEREMY CRUMLEY** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Adversary Proceeding 14-1049 |
| ) | |
| **HSBC RETAIL CREDIT (USA) INC.** ) | |
| **(KAWASAKI)** ) | |
| and ) | |
| **ECAST SETTLEMENT CORPORATION** ) | |
| ) | |
| Defendants. ) | |

**AGREED ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE**

This matter came before the Court on the *Joint Motion to Dismiss Adversary Proceeding with Prejudice* filed on November 19, 2104 ("Motion") filed by Plaintiff Dennis Jeremy Crumley

1

(the "Plaintiff") and Defendants HSBC Retail Credit (USA) Inc. (Kawasaki) and eCast Settlement Corporation (collectively, the "Defendants") (Defendants and collectively with Plaintiffs, the "Parties").  Based upon the Motion and the signatures of the Parties' counsel below:

It is hereby **ORDERED** that the above-styled adversary proceeding is dismissed with prejudice, and the Clerk of the Court is directed to close the adversary proceeding.

###

APPROVED FOR ENTRY:

| RICHARD BANKS & ASSOCIATES, P. C. | KNIGHT AND HOOPER, PLLC |
|---|---|
| *[signature]* | *[signature] Thomas L. Knight by R. Banks w/ permission* |
| Richard L. Banks, BPR 000617 | Thomas L. N. Knight, BPR |
| R. Bradley Banks, BPR 031013 | PO Box 11583 |
| P.O. Box 1515 | Chattanooga, TN   37401 |
| Cleveland, TN   37364 | T. (423) 267-1158 |
| T. (423) 479-4188 | F. (423) 265-8707 |
| F. (423) 478-1175 | Email: bankrtupcy@collectionstn.com |
| Email: rbanks@rbankslawfirm.com | Attorney for eCast Settlement Corporation |
| Attorneys for the Debtors | |

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

*[signature] David J. Holesinger by R. Banks w/ permission*
David J. Holesinger, BPR No. 30189
1800 Republic Centre, 633 Chestnut Street
Chattanooga, Tennessee 37450
(423) 756-2010
(423) 756-3447 (fax)
Email: dholesinger@bakerdonelson.com
Attorneys for HSBC Retail Credit (USA) Inc. (Kawasaki)